# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES LESLIE MORRIS,
                    Appellant,
vs.
STATE OF NEVADA DEPARTMENT
OF FAMILY SERVICES; AND PEGGIE
LYNNE MORRIS,
                    Respondents.

No. 69281

**FILED**

JAN 2 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order sustaining the state's objection to a master's recommendation, denying appellant's objection and finding appellant in contempt with 25 days, stayed. Eighth Judicial District Court, Family Court Division, Clark County; Bill Henderson, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals two jurisdictional defects. Specifically, it appears that it was prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987) (A premature notice of appeal filed before entry of a final, written judgment is of no effect). The district court sustained the state's objection to the master's recommendation, denied appellant's objection, and set the matter for a hearing on March 2, 2016.

Second, the order holding appellant in contempt for 25 days, stayed, is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207,

16-02982

678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order holding a party in contempt. *See Pengilly v. Rancho Santa Fe Homeowners*, 116 Nev. 646, 5 P.3d 569 (2000). Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc: Hon. Bill Henderson, District Judge, Family Court Division
James Leslie Morris
Clark County District Attorney/Family Support Division
Peggie Lynne Morris
Eighth District Court Clerk